Bankruptcy No. 13-16141BF    Adversary No. 14-00068

## CERTIFICATE OF SERVICE

I, _Brad J. Sadek_ certify that I am, and at all times during the service of process was, not less than 18 years of age and not a party to the matter concerning which service of process was made. I further certify that the service of this summons and a copy of the complaint was made _2/11/14_ (date) by:

(✓) Mail service: Regular, first class United States mail, postage pre-paid, addressed to:

Irene M. Dorner
HSBC Bank USA
452 5th Avenue
New York, NY 10018

Larry E. Johnson
Nationstar Mortgage, LLC
PO Box 630267
Irving, TX 75063

Daniel Sullivan
Weinstein, Pinson and Riley
14 Penn Plaza Suite 14
New York, NY 10122

( ) Personal Service: By leaving the process with defendant or with an officer or agent of defendant at:

( ) Residence Service: By leaving the process with the following adult at:

( ) Publication: The defendant was served as follows: [Describe briefly]

(✓) State Law: The Defendant was served pursuant to the laws of the State of _Pennsylvania_ (name of state) as follows: [Describe briefly] _Certified Mail, Return Receipt_

Under penalty of perjury, I declare that the foregoing is true and correct.

_2/11/14_
Date

_[Signature]_
Signature

Print Name: _Brad Sadek_
Business Address: _1315 Walnut St. #302_
City, State, Zip: _Phila. PA 19107_

B250a
(1/88)

# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF PENNSYLVANIA

In re

Shawn C. McGuire
    Debtor

Bankruptcy No. 13-16141BF

Shawn c. McGuire
    Plaintiff
vs.
HSBC Bank USA, National Association
    Defendant

Adversary No. 14-00068

## SUMMONS IN AN ADVERSARY PROCEEDING

YOU ARE SUMMONED and required to submit a motion or answer to the complaint which is attached to this summons to the clerk of the bankruptcy court within 30 days after the date of issuance of this summons, except that the United States and its offices and agencies shall submit a motion or answer to the complaint within 35 days.  Answer is due **03/13/2014**.

Address of Clerk

U.S. Bankruptcy Court
Robert N.C. Nix Building
900 Market Street, Suite 400
Philadelphia PA   19107-4299

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney.

Name/Address of Plaintiff's Attorney

Brad J. Sadek
1315 Walnut Street
Suite 302
Philadelphia, PA 19107

If you make a motion, your time to answer is governed by Bankruptcy Rule 7012.

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGMENT BY THE BANKRUPTCY COURT AND JUDGMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**

FOR THE COURT

TIMOTHY B. MCGRATH
CLERK

February 11, 2014

By: s/ Antoinette Stevenson
Deputy Clerk